```
FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 24 2008

      AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

08-CV-00416-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUY HENRY WASHINGTON, | ) |
| Petitioner, | ) CASE NO.  C08-416-JLR-JPD |
| v. | ) |
| STEVE FRAKES, | ) ORDER DISMISSING § 2254 PETITION |
| Respondent. | ) |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2254 petition (Dkt. No. 9), and this action, are DISMISSED without prejudice.

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 24th day of November, 2008.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 2254 PETITION